IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$501,414.70 IN FUNDS SEIZED FROM HUNTINGTON NATIONAL BANK ACCOUNT NO. 02892231904,

        Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Laura B. Hurd, and pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, states as follows:

**JURISDICTION AND VENUE**

1.    This Court has subject matter and *in rem* jurisdiction pursuant to 28 U.S.C. § 1355(b), which provides that a forfeiture action may be brought in the district in which any of the acts or omissions giving rise to the forfeiture occurred. As set forth below, some of the acts giving rise to the forfeiture occurred in the District of Colorado.

2.    This Court has venue pursuant to 28 U.S.C. § 1395(a) and (c), which provides that civil forfeiture proceeding may be prosecuted in the district where it accrues

1

or the defendant is found and in any district into which the property has been brought. As set forth below, the forfeiture proceeding accrues in the District of Colorado as some of the acts giving rise to the forfeiture occurred in the District of Colorado.

3. The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions under 18 U.S.C. §§ 981(a)(1)(A), (a)(1)(C), and 984.

## DEFENDANT PROPERTY

4. Defendant property is more fully described as:

a. $501,414.70 seized on April 22, 2021, from Huntington National Bank Account No. 02892231904.  Defendant $501,414.70 in Funds Seized from Huntington National Bank Account No. 02892231904 (herein "defendant $501,414.70"), is currently being held by the United States Marshals Service, Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

## BACKGROUND

5. On March 29, 2021, an individual P.C.D., who lives in Denver, Colorado, was defrauded as a result of a targeted email spoofing scheme, which resulted in a wire transfer of $216,465.33 from his account at US Bank to HSBC Bank account ending in 5400.

6.      For the past year, P.C.D. and his daughter had been working with an attorney, Ms. Mitchell, to reduce his income base so he could be a recipient of the Medicaid Program. As part of the process, P.C.D. had to transfer certain funds in order to meet the income eligibility requirements.

7.      P.C.D. had one last transfer to be made, totaling approximately $216,465.33, which intended to be transferred to ELCO Mutual Life. However, prior to the wire transfer, his daughter received wiring instructions, via email, from a spoofed email address, [msmith@smithandmtichell.com](msmith@smithandmtichell.com). The spoofed email address had P.C.D.'s attorney, Ms. Mitchell's, last name spelled incorrectly and included incorrect wiring instructions, including an incorrect bank and incorrect account number. The account listed in the email was not associated with either ELCO Mutual Life or P.C.D.'s family.

### Financial Analysis

8.      On March 29, 2021, based on the fraudulent wiring information in the spoofed email, a wire totaling $216,465.33, was made from P.C.D.'s account at US Bank to HSBC Bank account number ending in 5400.

### Huntington National Bank account number 1904

9.      That same day, on March 29, 2021, $150,010.80 was wire transferred from HSBC Bank account number ending in 5400 to Huntington National Bank account number 02892231904 ("HNB account no. 1904"), in the name of Eliza K. Yoakum.

10.     From March 29, 2021 to April 9, 2021, approximately $149,500 in wire transfers were made to cryptocurrency exchanges Coinbase and Gemini Trust from HNB account no. 1904.

11. On April 8, 2021, the balance of HNB account no. 1904 was $1,631.84.

12. On April 9, 2021, a $500,000.00 wire transfer was deposited into HNB account no. 1904 from HSBC Bank account ending in 5370. The $500,000.00 was funds derived from a business email compromise scheme, discussed below.

### Business Email Compromise Scheme

13. The $500,000.00 wire transfer into HNB account no. 1904 on April 9, 2021, was derived from a business email compromise scheme involving NHT-RBS Citizens 31 Tax Credit Fund, LP, a subsidiary of the National Affordable Housing Trust.

14. On April 8, 2021, a $10,515,842.00 deposit was made from Citizen's Bank account in the name of NHT-RBS Citizens 31 Tax Credit Fund, LP to HSBC Bank account ending in 5370. The $10,515,842.00 was a final payment to a developer for a construction project located in Boston, Massachusetts.

15. HSBC Bank account ending in 5370 was not held in the name of, or affiliated in any way with, NHT-RBS Citizens 31 Tax Credit Fund, LP, the National Affordable Housing Trust, or the nonprofit developer for the construction project.

16. On April 9, 2021, HSBC Bank was informed by Citizen's Bank that the wire was sent as part of a Business Email Compromise scheme. That same day, the $500,000.00 wire transfer from HSBC Bank account ending in 5370 was deposited into HNB account no. 1904.

17. On April 22, 2021, defendant $501,414.70 was seized from HNB account no. 1904 in the name of Eliza K. Yoakum.

### CONCLUSION

18.     Based on the information set forth herein, defendant $501,414.70 in Funds Seized from Huntington National Bank Account No. 02892231904 constitutes or was derived from proceeds traceable to violation of 18 U.S.C. § 1343 and or represents property involved in money laundering in violation of 18 U.S.C. §§ 1956, 1957.

*[remainder of page intentionally left blank]*

## VERIFICATION OF TRAVIS WALL
## SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION

I, Special Agent, Travis Wall, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

_____
Travis Wall
Special Agent – FBI

STATE OF COLORADO )
) ss
COUNTY OF DENVER )

The foregoing was acknowledged before me this 8th day of September 2021 by Travis Wall, Special Agent, Federal Bureau of Investigation.

SARAH SALAS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174015331
MY COMMISSION EXPIRES APRIL 10, 2025

_____
Notary Public - Colorado
My Commission Expires: April 10, 2025

6

## FIRST CLAIM FOR RELIEF

19. The Plaintiff repeats and incorporates by reference the paragraphs above.

20. By the foregoing and other acts, defendant $501,414.70 in Funds Seized from Huntington National Bank Account No. 02892231904 constitutes or was derived from proceeds traceable to violation of 18 U.S.C. § 1343, and is, therefore, forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 984.

## SECOND CLAIM FOR RELIEF

21. The Plaintiff repeats and incorporates by reference the paragraphs above.

22. By the foregoing and other acts, defendant $501,414.70 in Funds Seized from Huntington National Bank Account No. 02892231904 constitutes property involved in violation of 18 U.S.C. §§ 1956 and 1957, and therefore, is forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A).

WHEREFORE, the United States prays for entry of a final order of forfeiture for defendant $501,414.70 in Funds Seized from Huntington National Bank Account No. 02892231904 in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 8th day of September 2021.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0404
E-mail: Laura.Hurd@usdoj.gov
*Attorney for the United States*

8